PROVO CANYON SCHOOL

# CONFIDENTIALITY AGREEMENT

As a condition of employment at Provo Canyon School, I agree not to divulge any information (i.e. written, verbal, photographs) concerning persons receiving services to any unauthorized person(s) or in any way to make such information public.

I agree to follow the legal regulations concerning a patient's PHI (Protected Health Information) as outlined by the Health Insurance Portability and Accountability Act. I understand that I am required by federal and state law to protect the privacy of our current and discharged patients and their treatment while at this facility.

I understand that unauthorized release of confidential information may make me subject to a civil action under provisions of the Welfare and Institution Code. I also understand that the release of this information will make me subject to immediate dismissal from this facility.

Robert Bliss
Print Name

Student Life
Department

[signature]
Signature

1-30-24
Date