BRETT L. TOLMAN (UTAH BAR: #8821)
THE TOLMAN GROUP
E-mail: brett@tolmangroup.com
13827 Sprague Ln
Suite 220
Draper, Utah 84020
Telephone: 801.639.9840

CHARLES WEIR
MANATT, PHELPS & PHILLIPS, LLP
E-mail: cweir@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4280
Facsimile: 310.312.4224

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UHS OF PROVO CANYON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BLISS,<br><br>Defendant. | Case No.: 2:24-cv-00163-DAK<br><br>**DECLARATION OF BRETT TOLMAN** |

I, Brett Tolman declare as follows:

1. I am an attorney licensed to practice before the courts of the State of Utah and before this Court. I am the Founder of the Tolman Law Group and counsel for Plaintiff in this case. I have personal knowledge of the following facts set forth in this declaration. If called as a witness in this action, I could and would testify competently to these facts.

2. Based on investigation of materials obtained online and described in this declaration, Defendant Robert Bliss is a filmmaker and producer, online content creator, and activist.

3. On his YouTube channel, he has posted videos spotlighting homelessness, racism, and net neutrality.

4. Attached as **Exhibit A** is a true and correct copy of a screen shot of Robert Bliss's YouTube page, available at: https://www.youtube.com/c/RobBliss, and last accessed February 28, 2024.

5. Attached as **Exhibit B** is a group exhibit of true and correct copies of screen shots of videos of Bliss on his YouTube page, all accessed on February 28, 2024. The pictures show that Bliss has not historically worn a hat and sunglasses, including when outdoors.

6. Attached as **Exhibit C** is a true and correct copy of a screen shot of Bliss's "MUBI" page, available at: https://mubi.com/en/cast/rob-bliss, last accessed on February 28, 2024.

7. Attached as **Exhibit D** is a screenshot of Bliss's private twitter page, available at: https://twitter.com/robblissgr, last accessed on February 28, 2024.

I declare under penalty of perjury under the laws of the United States that the contents of this declaration are true and correct. Executed on February 29, 2024, in Salt Lake City, Utah.

Brett Tolman