# Exhibit A

youtube.com/@RobBliss/videos

YouTube

Search

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Trending
- Shopping
- Music
- Movies & TV
- Live
- Gaming
- News
- Sports
- Learning
- Fashion & Beauty
- Podcasts



# Rob Bliss

@RobBliss · 73.9K subscribers · 7 videos

More about this channel >

Subscribe

Home | Videos | Community




Restoring Automotive Freedom at The FCC
207K views • 6 years ago




How to Hijack Amazon Prime Now for Good
2.1M views • 6 years ago




Chicago's Magical Piano
10M views • 10 years ago




Homeless Veteran Timelapse Transformation
29M views • 10 years ago




Gunnar and the Grizzly Boys - Could Be Me (Google Streetview Prank)
728K views • 10 years ago




Clark Retirement Community Harlem Shake
821K views • 11 years ago