# Exhibit B

youtube.com/watch?v=uXI3H6Kd3K4

YouTube

Search




**Restoring Automotive Freedom at The FCC**

Rob Bliss
73.9K subscribers

Subscribe

4.4K Share Save

207K views 6 years ago
Special thanks to the Department of Homeland Security for having a tremendous amount of patience while I acted like a complete idiot.
Want to become a priority access member? click here: / robbliss
You'll be helping to create original content about important issues. ...more

youtube.com/watch?v=8oKI_qDJHt4

YouTube

Search




## How to Hijack Amazon Prime Now for Good

Rob Bliss
73.9K subscribers

Subscribe

66K Share Save

2.1M views 6 years ago
Note: this video is NOT SPONSORED OR AFFILIATED WITH AMAZON.
Be my friend on social media : )
Facebook: / robblisscreative ...more

https://www.youtube.com/watch?v=Itmlvk9GAto

YouTube

Search




## Holding a Black Lives Matter Sign in America's Most Racist Town

Rob Bliss
73.9K subscribers

Subscribe

531K Share Save ...

12M views 3 years ago
White Pride Billboard GPS coordinates: https://goo.gl/maps/EzXGR4CUWYBnbQKr6
GoFundMe: https://www.gofundme.com/f/BLM-sign-i...
...more