# Exhibit C

mubi.com/en/cast/rob-bliss

MUBI Search NOW SHOWING NOTEBOOK MUBI GO LOG IN



# ROB BLISS

ART DEPARTMENT | CINEMATOGRAPHER

## ART DEPARTMENT







## CINEMATOGRAPHER

