# Exhibit D

twitter.com/robblissgr

Settings

**Rob Bliss**
1,733 posts



Follow

**Rob Bliss**
@robblissgr

Joined June 2009

**54** Following **16.6K** Followers

## These posts are protected

Only approved followers can see @robblissgr's posts. To request access, click Follow. Learn more

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2024 X Corp.