# Exhibit 2

PROVO CANYON SCHOOL

## POSITION DESCRIPTION

**TITLE:** **Student Life Mentor**

**DEPT:** **Student Life Department**

**REPORTS TO:** **Shift Manager**

**APPROVED:** **CEO HRD**

**GENERAL PURPOSE OF JOB:**

Supervise patients in their daily activities. Provide a positive role model for patients in personal dress, grooming, attitude, and behavior.

**MAJOR JOB RESPONSIBILITIES:**

1. Be aware of security measures and follow security procedures at all times when supervising patients.

2. Know the current status of all patients on the unit. Conduct head-count every 15 to 20 minutes and know the location of all patients assigned to the unit.

3. Be aware of patients that are high security risks or supervision risks, and provide added emphasis on their supervision. Notations are made on patient charts for night watch staff.

4. Demonstrate ability to read behavior and understand implications of behavior. Be observant of groups tying in together. Be able to recognize potential problems and deal with them before they escalate.

5. Plan patient activities that develop self-esteem and good peer relations. In determining appropriate activities, patient and staff safety is a fundamental consideration.

6. Monitor patient activities to ensure that free-time does not exceed 30 minutes. Ensure that patients are involved in constructive group or individual activities.

7. Help each patient understand his/her responsibility to be involved in a variety of constructive activities, and coach the patient when he/she is not meeting that responsibility.

8. Monitor and enforce patient dress-code and grooming standards for all occasions. Complete the check-off for each shift. Follow up on violations, which will include providing training with patients on dress and grooming.

10. Be aware of patients' personal and health needs and be proactive in ensuring that these needs are met. Coordinate with the medical department to maintain proper hygiene and health conditions for patients.

11. Make notes daily on chronological charts. Complete all reports legibly, professionally, and with high-quality information. Evaluate treatment goals and advancement criteria weekly.

12. Develop a positive relationship with each patient and be a positive role-model for the patients at all times.

13. Be familiar with PCS rules and structure and use appropriate forms of redirection and positive feedback with the patients.

14. Set and maintains high standards for patient behavior, performance, and general atmosphere of the patient environment.

15. Ensure the proper use and treatment of the unit equipment. Ensure that proper care is taken to maintain physical plant in proper order. Appropriately report any damage to equipment or physical plant.

16. Monitor behavior of patients, maintaining an atmosphere of dignity and respect towards patients and other staff at all times.

17. Be familiar with and follow all PCS and department-specific policies and procedures.

18. Work with other staff in a positive manner and meet each day at shift-change to communicate all relevant information and issues.

19. Assist in patient self-administration of medication while supervising off-grounds activities.

20. Use facilities appropriately and follow the unit schedule.

21. Treat patients with dignity and respect at all times. Appropriately address patient rights issues.

22. Be aware of patient personal needs and ensure physical, emotional, and developmental needs are being met.

23. Attend treatment team meetings. Communicate regularly with patient therapists regarding patient needs and care.

24. Attend all annual in-service meetings and maintain any required certifications.

    New Hire Orientation
    Fire/Safety
    Infection control
    Charting/Confidentiality
    Verbal De-escalation
    Handle with Care
    Risk/Ethics/Pt. Rights/P.I.
    Service Excellence
    Security
    AED/CPR/First Aid
    Management of Aggressive Behavior
    PPD

25. Personally respond to direct requests or questions from patients or other customers in a timely manner. Listen carefully to patients and customers, asking clarifying questions to ensure their specific need or request is addressed.

26. Establish eye-contact with the patient or customer and present a demeanor appropriate to the circumstances.

27. Maintain composure during stressful interactions.

28. Keep commitments extended to patients and/or customers.

29. Collaborate with other staff to continually improve service delivery or school operations.

30. Support PCS public relations, community education, and development referral efforts.

31. Support PCS' safety and security program.

32. Participate in internal Quality Improvement program.

33. Possesses ability to evaluate abnormal behaviors for adolescents.

34. Make efforts to accommodate the physical, emotional, social, and spiritual needs of adolescents.

35. Demonstrate ability to intervene and communicate appropriately with adolescents.

**QUALIFICATIONS REQUIRED AT ENTRY:**

High school diploma, preferred BS degree; educational background in social work, psychology, or related fields helpful; acceptable oral and written communication skills; legible handwriting; ability to maintain information as highly confidential; telephone etiquette and customer service skills by phone and face-to-face; familiarity with medical and psychological terminology preferred; skills in dealing courteously with the public and other staff within the school; basic knowledge of human behavior or principles of psychology useful; skills in prioritizing and in managing time; problem-solving skills; use of appropriate social skills, including demonstration and respect for staff and patients; empathy toward patients.

**MACHINES, TOOLS AND EQUIPMENT USED ON JOB:**

Telephone
Television
Radio
2-way Radio
Copy Machine
Shower/Bath
Housekeeping equipment and supplies
Calculator
Audio-visual equipment
Writing devices
Scissors
Stapler
Hole punch
School vehicles
First aid items
Refrigerator

**PHYSICAL AND MENTAL REQUIREMENTS OF JOB:**

Ability to exercise self-control in potentially volatile situations such as being verbally or physically confronted in a threatening or aggressive manner; must be able to work and concentrate amidst distractions such as noise, conversation and foot traffic; ability to handle interruptions often and be able

to move from one task to another; must be flexible and not easily frustrated in dealing with differences of opinions.

Ability to stoop, kneel, crouch, crawl, reach, stand, walk, push, pull, lift, grasp, and be able to perceive the attributes of objects such as size, shape, temperature and/or texture by touching with skin, particularly that of the fingertips. Ability to express and exchange ideas via spoken word during activities in which they must convey detail or important spoken instructions to others accurately, sometimes quickly and loudly. Hearing to perceive the nature of sounds with no less than 40 db loss @ Hz, 1000 Hz, and 2000 Hz with or without correction; ability to perceive detailed information through oral communication and to make fine discriminations in sound.

Be able to exert up to 100 pounds of force occasionally and to be able to lift, carry, push, pull or otherwise move at least 50 pounds. Must have visual acuity with or without correction in order to complete administrative and clerical tasks and visually observe patients on the unit and in therapeutic activities. Ability to work in diverse environmental conditions as some of the work is outdoors.

---

**I have read and understand the principle responsibilities of, and qualifications required for this position.**

Robert Bliss — 1-30-24

Employee Printed Name — Date

[signature]

Employee Signature