# Exhibit 3

# Robert Bliss

[redacted]

## Work History

### Transport Agent at Safeguard (2023)

Worked as a transport agent, responsible for safe transport of challenged youth. Focused on maintaining awareness with clients alongside co-staff with focus on safety prioritization. Working with clients to build rapport and use rapport for safe youth transportation.

### Robert Bliss Consulting (2014 - 2022)

In charge of creating and consulting on marketing campaigns for companies both B2B and B2B that would deliver strong ROIs.

### Wilderness Field Guide at Vision Quest (2012 - 2013)

Served as a field guide for a wilderness therapy program. Trained in the use of therapy through nature for troubled youths, managing them under stressful environmental conditions. Tasked with substantial treks without access to modern technology.

## Skills

- First aid, CPR, and AED certified by The American Red Cross for adults, children, and infants
- Multiple years experience with working with challenged youth in therapeutic settings
- Clean background, clean driving record, can pass any and all drug tests

## Education

**Grand Rapids Community College**

2007-2009, Attended

**Forest Hills Central High School**

Class 2007, Graduated