# Exhibit 5


1:28
LTE
RB
Robert
Tue, Jan 30 at 8:59 AM
Morning Robert. When you have a free moment, can you give me a call please. This pertains to our new hire orientation coming up. Thank you.
8:59 AM
Tuesday 1:17 PM
Hey Justin would you have any time to meet this week? I'm hoping to grow my career in this industry and you know it so well that I'd be valuable to get your thoughts and learn from you.
1:17 PM
I'll at your training today at 2pm. I'll talk with you then about this. I hope that is
1:20 PM
iMessage