# Exhibit 6

Test, Dan

## PATIENT OBSERVATION RECORD & MILIEU GROUPS

| | | |
|---|---|---|
| DATE: | 02/26/2024 | SPECIAL PRECAUTIONS: (Check all that apply) |
| UNIT(s) | Stabilization and Assessment | ☐ None Identified ☑ Suicide ☐ Aggression/Homicide ☐ AWOL/Elopement ☐ Sexual Victimization ☐ Sexual Aggression ☐ Fall ☑ Self-harm ☐ Medical Risks |

**LEVEL OF OBSERVATION:** ☑ Q15 ☐ 1:1

**(B)EHAVIOR:**

1. Cooperative
2. Uncooperative
3. Isolative
4. Agitated
5. Restless
6. Awake
7. Talking
8. Quiet
9. Laughing
10. Confused
11. Crying
12. Pacing
13. Sleeping
14. Watching TV
15. Reading
16. Hygiene
17. Showering
18. Eating
19. Visitation

**(P)OSITION:** *No code (if not sleeping)*

L-Left Side
B-Back
R-Right Side
P-Prone

**MEALS: % eaten**

Breakfast: ______

Lunch: ________

Dinner: ________

**(L)OCATION:**

D. Day Room
R. Bedroom
B. Bathroom
H. Hallway
C. Calming Area
S. School
G. Gym/Pool
DR. Dining Room
O. Outside
CL. Cleaning
TX. Therapy
N. Nurse's Station
P. Psychiatrist
V. Visit/Dr. Run
A. Activity

**Supervisor Oversight**

Name ____________________ Time ______

Name ____________________ Time ______

Name ____________________ Time ______

Name ____________________ Time ______

Name ____________________ Time ______

Name ____________________ Time ______

| Time | L | B | P | Initial(s) | Time | L | B | P | Initial(s) | Time | L | B | P | Initial(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | | | | / | 0800 | | | | / | 1600 | | | | / |
| 0015 | | | | / | 0815 | | | | / | 1615 | | | | / |
| 0030 | | | | / | 0830 | | | | / | 1630 | | | | / |
| 0045 | | | | / | 0845 | | | | / | 1645 | | | | / |
| 0100 | | | | / | 0900 | | | | / | 1700 | | | | / |
| 0115 | | | | / | 0915 | | | | / | 1715 | | | | / |
| 0130 | | | | / | 0930 | | | | / | 1730 | | | | / |
| 0145 | | | | / | 0945 | | | | / | 1745 | | | | / |
| 0200 | | | | / | 1000 | | | | / | 1800 | | | | / |
| 0215 | | | | / | 1015 | | | | / | 1815 | | | | / |
| 0230 | | | | / | 1030 | | | | / | 1830 | | | | / |
| 0245 | | | | / | 1045 | | | | / | 1845 | | | | / |
| 0300 | | | | / | 1100 | | | | / | 1900 | | | | / |
| 0315 | | | | / | 1115 | | | | / | 1915 | | | | / |
| 0330 | | | | / | 1130 | | | | / | 1930 | | | | / |
| 0345 | | | | / | 1145 | | | | / | 1945 | | | | / |
| 0400 | | | | / | 1200 | | | | / | 2000 | | | | / |
| 0415 | | | | / | 1215 | | | | / | 2015 | | | | / |
| 0430 | | | | / | 1230 | | | | / | 2030 | | | | / |
| 0445 | | | | / | 1245 | | | | / | 2045 | | | | / |
| 0500 | | | | / | 1300 | | | | / | 2100 | | | | / |
| 0515 | | | | / | 1315 | | | | / | 2115 | | | | / |
| 0530 | | | | / | 1330 | | | | / | 2130 | | | | / |
| 0545 | | | | / | 1345 | | | | / | 2145 | | | | / |
| 0600 | | | | / | 1400 | | | | / | 2200 | | | | / |
| 0615 | | | | / | 1415 | | | | / | 2215 | | | | / |
| 0630 | | | | / | 1430 | | | | / | 2230 | | | | / |
| 0645 | | | | / | 1445 | | | | / | 2245 | | | | / |
| 0700 | | | | / | 1500 | | | | / | 2300 | | | | / |
| 0715 | | | | / | 1515 | | | | / | 2315 | | | | / |
| 0730 | | | | / | 1530 | | | | / | 2330 | | | | / |
| 0745 | | | | / | 1545 | | | | / | 2345 | | | | / |

**Pt Observation Staff Legend**

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



111222

PROVO CANYON SCHOOL

**Therapist:** [redacted]

**Laundry #:**

Date: 02/26/2024

**Age:** 18 (05/05/2005)

**Phase:** Phase 5 - Peak

They/Them/Theirs

Patient Name: Test, Dan

## SNAP CHART

**Risk History:** Suicide, Self-Harm, Assault, Eating Issues, Substance Use
**Personal History:** Losing control, Feeling unsafe, Assaultive behavior, Self-injury, Sexual abuse, Setting fires, Verbal abuse
**Warning Signs:** Hit or hurt others, Throw things, Yell or shout, Hurt myself, Pace the floor, Avoid people, Refuse to talk/respond
**Triggers:** Being touched, Being isolated, Anniversaries (dates), Time of year/month, Overcrowding, Yelling, Specific person, Other
Specific Person: Joe Schmoe
Others: The color yellow, happy people
**Suicide Risk Fators:** Aggressive behavior towards others, Feeling trapped, Method for suicide available, Comments here...
**Coping Skills:** Talking with support person, Talking with a therapist, Voluntary process break, Counting to 10, Drawing, Small personal attachment item
**Treatment Focus:** Dan will work on interpersonal effectiveness skills and following dorm rules.

## DIETARY INFORMATION

**Food Allergies/Sensitivities:** Shellfish

## CLINICAL INFORMATION

**Suicide Monitoring/Interventions:** Crayon only (S&A Only)
**Clinical Support:** All plans have expired! Please ask the therapist to update!

## MEDICAL INFORMATION

**Recent Med Changes:** 01/07/2024 Medical Order: Send to ER for assessment and treatment

## STUDENT LIFE INFORMATION

None



111222

PROVO CANYON SCHOOL

**Therapist:** [redacted]
**Laundry #:**

Date: 02/26/2024

**Age:** 18 (05/05/2005) They/Them/Theirs
**Phase:** Phase 5 - Peak
Patient Name: Test, Dan