# Exhibit 7

1:28 LTE

RB

Robert >

ok with you.

Sounds good thank you 1:20 PM

We are in the conference room. 2:03 PM

Saturday 10:29 AM

Hey Justin, got some bad news about my family and need to head back to Michigan, will have to stay there for a while and suspend my employment indefinitely. I left my walkie on the timp table in the control room. Thank you for the opportunity I really enjoyed working with you. 10:29 AM

Saturday 11:45 AM

iMessage