# Exhibit 1

# APPLICANT ACKNOWLEDGEMENT

I, ROBERT BLISS, certify the following information is true and accurate.

DO YOU HAVE THE UNRESTRICTED RIGHT TO WORK IN THE US? ☑ Yes ☐ No

WILL YOU REQUIRE SPONSORSHIP NOW OR IN THE FUTURE TO WORK FOR OUR COMPANY? ☐ Yes ☑ No

HAVE YOU EVER BEEN PREVIOUSLY EMPLOYED BY UHS OR ONE OF ITS SUBSIDIARIES? ☐ Yes ☑ No

ARE YOU NOW (OR HAVE YOU EVER BEEN) EXCLUDED FROM PARTICIPATION IN FEDERALLY FUNDED PROGRAMS (E.G., MEDICARE, MEDICAID, ETC.) BY HAVING YOUR NAME LISTED ON THE OFFICE OF INSPECTOR GENERAL'S (OIG) LIST OF EXCLUDED INDIVIDUALS AND ENTITIES (LEIE) OR BY HAVING YOUR NAME LISTED ON THE GENERAL SERVICES AGENCY (GSA) EXCLUDED PARTIES LIST? ☐ Yes ☑ No

In consideration of being employed, I understand and agree that:

**1.** If I misrepresent or deliberately leave out a fact in my application, I may be refused employment or, if employed, my employment may be terminated.
**2.** The Company has my authorization to thoroughly investigate my work and personal and credit history if applicable to my position and I hereby consent to take any test, whenever the Company deems it necessary including an employer investigation. I will hold no person, corporation or organization liable for my giving or its receiving information in such an investigation.
**3.** If I am extended an offer of employment, any doctor, hospital or testing laboratory has my consent to conduct medical or drug tests on me, and I hereby give my consent to having all information released for the Company to determine my abilities to perform job duties now or in the future. I acknowledge that I do not use or abuse illegal substances. I also give my consent to physical searches of myself and my brief case, purse, lunch box, car, locker or any packages I have while on the Company.s premises, whether or not I have a lock on such items.
**4.** If employed, I may terminate my employment at any time without notice or cause, and the Company may terminate or modify the employment relationship at any time without prior notice or cause. In consideration of my employment, I agree to conform to the rules and regulations of the Company, and I understand that no department head or representative of the Company, other than the President of the Company, has any authority to enter into any agreement, oral or written, for employment for any specified period of time or to make any agreement or assurances contrary to this policy.
**5.** If employed, I understand that I must abide by the Company policies, including the Service Excellence standards and realize that service excellence is a priority of this Company.
**6.** The needs of the Company may make the following conditions mandatory: overtime, shift work, rotating work schedule, or a work location other than the location offered to you at the time of your hire. I accept these conditions of employment.
**7.** The Company is an equal opportunity employer. The Company does not discriminate in employment and no question on my employment application is used for the purpose of limiting or excluding any applicant.s consideration for employment on a basis prohibited by local, state or federal law.
**8.** If employed, I understand that my employment is for no definite period of time, and if terminated, the Company is liable only for wages or salary earned as of the date of termination.
**9.** I have read and agree to the above and hereby certify that the facts I have provided in my employment application are true and complete.
**10.** This application is current and active for only 1 year. At the conclusion of this time, if I have not

had any contact from the Company and still wish to be considered for employment, it will be necessary for me to fill out a new application.

**11.** I understand that the Company requires all staff to report sanctions, convictions, suspensions, censures or revocation (.sanction.) action taken against them by federal, state, local, or other professional entities. These sanctions may include but are not limited to infractions against professional licensure, criminal history convictions, history of child abuse, managed care organizations, etc.

**12.** Employees and visitors often receive specific information concerning residents (i.e., residents includes but is not limited to: patients, students, etc.) and their illness. This information is strictly confidential and should never be discussed with other residents, visitors, fellow employees, family or friends. All employees and visitors must fully understand that any information they receive concerning residents and/or activities is confidential information.

**13. READ CAREFULLY BEFORE SIGNING** I agree that any claim or lawsuit relating to my service with the Company or any of its subsidiaries must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit. I waive any statute of limitations to the contrary.

**14.** I will settle any and all claims, disputes or controversies arising out of or related to my application or candidacy for employment, employment and/or cessation of employment, exclusively by final and binding arbitration before a neutral arbitrator or panel of arbitrators. Such claims include but are not limited to claims under federal, state and local statutory or common law, such as the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, and 1991 as amended, the Americans with Disabilities Act, the Fair Labor Standards Act, Genetic Information Non Discrimination Act, any other anti-discrimination, wage or benefit laws, or under the law of contract or tort, unless specifically prohibited by law. I understand that I will not have the right in court or in an arbitration proceeding to participate in a class action, either as a class representative or class member, act as a private attorney general or join or consolidate claims with claims of any other person. The initiation and conduct of any arbitration shall be in accordance with the then-in-effect National Rules for the Resolution of Employment Disputes of the American Arbitration Association ("AAA"). Should the AAA refuse to or be unable to offer its services, another arbitration service provider shall be appointed.

I AGREE TO THE UHS CERTIFICATION AND AGREEMENT

☑ Yes ☐ No

---

**Signature**

☑ ROBERT BLISS 12/23/2023 11:22 AM

(checking the checkbox above is equivalent to a handwritten signature)