# Exhibit 7


RB
Robert
ok with you.
Sounds good thank you
1:20 PM
We are in the conference room.
2:03 PM
Saturday 10:29 AM
Hey Justin, got some bad news about my family and need to head back to Michigan, will have to stay there for a while and suspend my employment indefinitely. I left my walkie on the timp table in the control room. Thank you for the opportunity I really enjoyed working with you.
10:29 AM
Saturday 11:45 AM
iMessage