# ERRATA

BRETT L. TOLMAN (UTAH BAR: #8821)
THE TOLMAN GROUP
E-mail: brett@tolmangroup.com
13827 Sprague Ln
Suite 220
Draper, Utah 84020
Telephone: 801.639.9840

CHARLES WEIR
MANATT, PHELPS & PHILLIPS, LLP
E-mail: cweir@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4280
Facsimile: 310.312.4224

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UHS OF PROVO CANYON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BLISS,<br><br>Defendant. | Case No.: 2:24-cv-00163-DAK<br><br>**ERRATA** |

The following errors have been amended: Signatures missing from documents per DUCiv R 10-1(a)(8).

| **Document** | **Page** | **Correction** |
|---|---|---|
| Complaint-<br>Attached as Exhibit 1 | PAGE NO. 19 | The original complaint was filed without signature. **Signature Added.** |
| Motion for Temporary Restraining Order-<br>Attached as Exhibit 2 | PAGE NO. 18 | The original Motion for a TRO was filed without a signature. **Signature Added.** |

Brett L. Tolman