Robert O. Rice (6639)
Whitney H. Krogue (15184)
Aaron C. Hinton (16840)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
rrice@rqn.com
wkrogue@rqn.com
ahinton@rqn.com

*Attorneys for Defendant Robert Bliss*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UHS OF PROVO CANYON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BLISS,<br><br>Defendant. | **PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:24-cv-00163-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

The Court, having considered the Parties Motion for Entry of Permanent Injunction and Dismissal With Prejudice (the "Stipulation") agreed upon by the Parties, and for the reasons set forth below, hereby ORDERS that a permanent injunction is entered against Defendant Robert Bliss, in the above-captioned matter and that the action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, under the terms below.

1. Reasons for Injunction. The parties have agreed to entry of the following permanent injunction, which mirrors the preliminary injunction already entered by the Court in this case, as part of the Settlement Agreement between the parties for resolution of this action.

2. Permanent Injunction. Defendant Robert Bliss is hereby enjoined from, directly or indirectly, as follows:

a. publishing or otherwise disclosing, posting, sharing, uploading, downloading, transferring, or any other means of disseminating, to any third party (other than his attorney) any video, audio, photographic, or other recordings taken, or any confidential information learned while employed by Provo Canyon that relates to any individual patient's treatment or care or any matters that could impact the safety of Provo Canyon's operations;

b. publishing or otherwise disclosing to any third party any Patient Health Information or other records or physical documents Bliss obtained while at Provo Canyon or otherwise obtained pertaining to any Provo Canyon patient;

c. from reporting or otherwise sharing information relating to any confidential aspects of his employment;

d. Bliss is required to provide Provo Canyon with any and all video, audio, photographic or other recordings taken at any Provo Canyon facility;

e. Bliss is required to return any and all confidential information and PHI obtained from Provo, including any information or documents received from Provo's staff and any patients;

f. from disclosing information contained in any training materials received in connection with his orientation and hiring at Provo that could relate to patient care or safety until the court has determined whether it is confidential and such materials must remain in the custody of Bliss's attorney;

g. Bliss is required to certify that he has not disseminated materials to any person (other than his attorney) or otherwise uploaded or transmitted the materials to any server or cloud;

h. Bliss is required to preserve all documents and communications relating to his alleged employment scheme with Provo Canyon; and

i. Bliss's attorney shall remain in possession of Bliss's disputed materials for purposes of litigating this case and shall maintain their confidential nature and prohibit their disclosure.

3. Continuing Jurisdiction. The Court expressly retains jurisdiction over this matter to enforce any violation of this Permanent Injunction.

4. No Fees and Costs. The Parties shall each bear their own attorney fees and costs incurred in this action.

5. Dismissal. Upon entry of this Permanent Injunction against Defendant Robert Bliss, the above-captioned action is hereby dismissed with prejudice.

DATED this _____ day of July 2026.

BY THE COURT:

______________________________
DALE A. KIMBALL
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2026, I electronically filed the foregoing **PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brett L. Tolman
The Tolman Group
13827 Sprague Lane, Suite 220
Draper, Utah 84020
brett@tolmangroup.com

*Attorneys for Plaintiff*

Charles Weir
EPSTEIN BECKER GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
cweir@ebglaw.com

*Attorneys for Plaintiff*

*/s/ Marci Meyers*

4935-6986-7164, v. 1